FILED
04 JUN 23 AM 11:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

ENTERED
JUN 23 2004

| | |
|---|---|
| WILLIE SLEDGE, JR., | ) |
| Plaintiff, | ) |
| vs. | ) CV 01-C-3202-W |
| DR. ROBERT POSEY, | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 17, 2004, recommending that the plaintiff's motion for summary judgment be denied, that the defendant's special report be treated as a motion for summary judgment and, as such, that it be granted, and that this cause be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. Accordingly, the plaintiff's motion for summary judgment is due to be DENIED and the defendant's motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. An appropriate order will be entered.

DONE this the 17th day of June, 2004.

U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE

35